UNTIED STATES DISTRICT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRADLEY SHOCK, | ) |
| Plaintiff, | ) |
| v. | ) 5:23-cv-00466-D-RN |
| WELLS FARGO BANK, N.A., et.al., | ) |
| Defendants. | ) |

## ORDER

FOR GOOD CAUSE SHOWN, Defendant Wells Fargo Bank, N.A.'s Response to Court's Order (D.E. 17) and Motion for Clarification is hereby GRANTED and the Order [D.E. 17] is DEEMED satisfied by Wells Fargo Bank N.A.'s Motion to Dismiss [D.E. 1-2] and Memorandum of Law in Support of Wells Fargo Bank N.A.'s Motion to Dismiss [D.E. 1-3].

SO ORDERED. This **28** day of **February** 2024.

THE HONORABLE JAMES C. DEVER, III
CHIEF U.S. DISTRICT JUDGE